**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ISHANNA IBLE,**

      **Plaintiff,**

**v.**                                   **Case No. 4:22-cv-238-AW-MAF**

**ZILLOW HOME LOANS INC.,**

      **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 16, 2023 report and recommendation. ECF No. 16. There has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 3, 2023.

_s/ Allen Winsor_____
United States District Judge